UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:22-po-00022-KJN |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE |
| v. | ) ) | INITIAL APPEARANCE |
| SEAN L. LANDRY, | ) ) | DATE: February 8, 2022 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:22-po-00022-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on February 8, 2022, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: February 7, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE                   1                   U.S. v. SEAN L. LANDRY